An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

KEITH CLEGG,
Appellant,
vs.
HORIZON HOMES, INC.,
Respondent.

No. 62393

**FILED**

APR 0 8 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a proper person appeal from a district court ruling denying a motion to vacate the trial date and enforce settlement. Eighth Judicial District Court, Clark County; Timothy C. Williams, Judge.

As no statute or court rule authorizes an appeal from the challenged order, it is not substantively appealable. See NRAP 3A(b) (listing orders and judgments from which an appeal may be taken); see also Taylor Constr. Co. v. Hilton Hotels, 100 Nev. 207, 209, 678 P.2d 1152, 1153 (1984). Accordingly, we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

SUPREME COURT
OF
NEVADA

(O) 1947A

13-10104

cc: Hon. Timothy C. Williams, District Judge
Keith Clegg
Perry & Westbrook, P.C.
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A